**Leonard CARTER, Plaintiff–Appellant,**

v.

**Levester THOMAS, Doctor, Medical Director for Nottoway Correctional Center; Doctor Boakye, Medical Director for Sussex I State Prison; Ronald J. Angelone, Director, Virginia Department of Corrections, Defendants–Appellees.**

No. 01–7061.

United States Court of Appeals,
Fourth Circuit.

Submitted Nov. 8, 2001.

Decided Nov. 16, 2001.

Leonard Carter, pro se.

Before WILKINS, MICHAEL and KING, Circuit Judges.

PER CURIAM.

Leonard Carter, Jr., appeals district court's order dismissing without prejudice his complaint alleging civil rights violations under 42 U.S.C.A. § 1983 (West Supp. 2001). Despite the fact that the magistrate judge gave Carter an opportunity to clarify his essentially incomprehensible complaint, Carter failed to do so. Accordingly, the district court dismissed Carter's action without prejudice. Because Carter could have proceeded with his action by amending and clarifying his complaint to provide the information requested by the court, his appeal of the order of dismissal is interlocutory and not subject to appellate review. *Domino Sugar Corp. v. Sugar Workers Local Union 392,* 10 F.3d 1064, 1066–67 (4th Cir.1993).

We therefore dismiss the appeal and deny Carter's motions for counsel, to proceed in forma pauperis on appeal, for "Special Plea," and for "Affidavit of Proof." We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*